FILED

AUG 2 3 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  19MJ3587 |
| v. | COMPLAINT FOR VIOLATIONS OF: |
| WILLIAM LANSING QUEER, | Title 26, U.S.C., §§ 5861(d) and 5871, Possession of an Unregistered Firearm |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about August 8, 2018, within the Southern District of California, defendant WILLIAM LANSING QUEER, did knowingly possess a firearm, that is a firearm made from a Ruger, Model 10/22, .22 caliber rifle with an overall length of less than 26 inches and a barrel length less than 16 inches with an obliterated serial number, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Arnesha Bahn
ATF Special Agent

Sworn to me and subscribed in my presence this ⸻ day of August, 2019.

HONORABLE BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

STATEMENT OF FACTS

On August 7, 2018, Special Agents ("SA") with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), became aware that William Lansing QUEER ("QUEER") was looking for a buyer for a rifle he currently had in his possession.  A subsequent query of the California Automated Firearms System ("AFS") revealed negative results, indicating that QUEER does not have any firearms registered to him in the State of California.

On August 8, 2018, agents conducted a controlled purchase of firearms from QUEER using an undercover agent ("UCA"). The UCA purchased the following items:

- One (1) AR type semi-automatic rifle built from an unfinished lower receiver, 5.56/.223 caliber, with attached bi-pod, flash suppressor, and scope;
- Two (2) magazines:   one (1) 30 rounds capacity for 5.56/.223 caliber ammunition; and one (1) 10 rounds capacity for 5.56/.223 caliber ammunition;
- One (1) short-barrel rifle made from a Ruger, Model 10/22, .22 caliber with no serial number, and a magazine;
- 408 rounds of assorted .22 caliber and 5.56 caliber ammunition; and
- Black rifle bag.

During the controlled purchase, QUEER and the UCA exchanged telephone numbers.  QUEER stated to the UCA that he had built the rifle he was selling to the UCA. Furthermore, QUEER stated he had a drill press and could manufacture additional firearms, and he could convert a blank gun into a firearm.

A subsequent query of the Federal Licensing Systems ("FLS") produced negative results, indicating that QUEER does not have a license to manufacture and/or sell firearms.

A subsequent query of QUEER in the National Firearms Registration and Transfer Records ("NFRTR") database, revealed QUEER does not have any registered firearms in his name, as required by law.

On October 1, 2018, agents conducted a 2nd UCA controlled purchase of firearms from QUEER.  The UCA purchased the following items from QUEER:

- One (1) Ruger, Model GP 100, .357 Magnum caliber, revolver bearing serial number 175-38439;

- One (1) Rock Island Armory Inc., Model 1911-A1 FS, .45 ACP caliber, semi-automatic pistol   with a detachable magazine bearing serial number RIA1469825;

- One (1) Winchester Repeating Arms Co., Model 1897, .12 gauge, pump-action shotgun with a missing buttstock, bearing serial number 671975;

- 478 rounds of assorted multi-caliber ammunition; and

- One (1) .45 caliber detachable Wilson Combat magazine with a capacity of eight (8) rounds.

During the controlled purchase, the UCA asked QUEER if he could acquire additional firearms. QUEER replied, "[y]eah I can, that's what I was about to say." The UCA advised QUEER that the firearms were going to be sold to his source and taken to Mexico. The UCA reiterated that he was interested in purchasing additional firearms and QUEER replied, "I can come up with a shit ton."

After the controlled purchase was completed, QUEER sent the UCA a text message from his cellphone number stating, "Do me a favor and wipe all that down. I don't think I wiped them clean."   The UCA replied via text to the QUEER's cellphone number, "Oh 4 sur."

A subsequent query of the purchased firearms revealed the Ruger, Model GP 100, revolver bearing serial number 175-38439, was reported stolen following a vehicle theft in Imperial Beach, CA on 05/25/2011; San Diego County Sheriff's Department, Crime/Incident Report Number 11125238.

On October 30, 2018, ATF Special Agents received The Report of Technical Examination from the Firearms and Ammunition Technology Division ("FATD") that concluded that the Ruger, model 10/22, .22 caliber firearm purchased from QUEER on August 8, 2018, had the following characteristics:

4

- Is a weapon which will expel a projectile by the action of an explosive and incorporating the receiver of a firearm, is a "firearm" as defined in 18 U.S.C. § 921 (a)(3);

- Has had its serial number removed in violation of 18 U.S.C § 922 (k);

- Is a weapon made from a rifle, which as modified, has an overall length of less than 26 inches and a barrel length less than 16 inches, therefore it is a "firearm" as defined in 26 U.S.C § 5845 (a)(4), and therefore needs to be registered in the National Firearms Registration and Transfer Record (NFRTR) in QUEER's name; and

- Bears no NFA manufacture or maker's marks of identification as required by 26 U.S.C § 5842.

## Text messages between UCA and QUEER

On October 8, 2018, UCA reached out to QUEER via text message on his cellphone and asked "Any luck on sum more of thos?." QUEER, via his cellphone, replied the following day stating "Not yet. In 2 weeks should have a crate of 20 or so."

On October 13, 2018, the UCA inquired to QUEER, via his cellphone, about the shipment by stating "How we lookn? I need 2 get my $ n order n shit." QUEER replied several days later on October 16, 2018, via his cellphone stating, "I have a shipment of front firing blank guns that I need to convert over to shoot live ammo. Interested? I have to make rounds to sho… It's a process but definitely doable." The following text string took place after QUEER replied to UCA's inquiry via his cellphone:

UCA: "Is it like semis?"

QUEER: "Or full"

QUEER: "Uzi"

UCA: "I cud do fullys all day. Can you get me 1 to tri out"

UCA: "How much"

QUEER: "Let me check"

QUEER: "Give me an hour and I'll get back to you"

1    UCA: "Coo"

2        Based on my training and experience QUEER stated that he could obtain and convert

3   a firearm, and/or manufacture a fully automatic firearm for the UCA.  QUEER refers to this

4   as an "uzi."

6